7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Maria Ann Seibold−Colyer
*Debtor*

*Bankruptcy Case No.*
13−60839−abf7

**Maria Ann Seibold−Coyler**
  Plaintiff(s)

*Adversary Case No.*
15−06011−abf

v.

**MOHELA a/k/a Missouri Department of Higher Education**
**Educational Credit Management Corporation (ECMC)**
  Defendant(s)

## JUDGMENT

       The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That judgment is hereby entered in favor of Defendant Educational Credit Management Corporation, and against Debtor−Plaintiff Maria Ann Seibold−Coyler; the Debtor's student loan debt is NOT DISCHARGED pursuant to 11 U.S.C. Section 523(a)(8). Each party to bear its own costs.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 5/20/16

Court to serve